UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-MJ-1163

|  |  |  |
|---|---|---|
| IN RE: SEARCH WARRANT ISSUED FOR A YAHOO EMAIL ADDRESS | ) ) ) ) ) ) | ORDER TO UNSEAL SEARCH WARRANT |

Upon motion of the United States, it is hereby ORDERED that the search warrant and affidavit in the above-captioned matter be hereby UNSEALED.

So ORDERED, this **28** day of February, 2013

*Robert Jones*
The Honorable Robert B. Jones, Jr.
United States Magistrate Judge